UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INCOE CORPORATION

    Plaintiff,

v.

INCOS, S.p.A.,

    Defendant.

Civil Action No.: 04-70822

Hon. George Caram Steeh

| | |
|---|---|
| JOHN A. ARTZ (P 24679) | K. SCOTT HAMILTON |
| JOHN S. ARTZ (P 48578) | Dickinson Wright PLLC |
| ROBERT P. RENKE (P 59030) | 500 Woodward Ave. |
| Artz & Artz P.C. | Suite 4000 |
| 28333 Telegraph Road, Suite 250 | Detroit, MI 48226 |
| Southfield, MI 48034 | (313) 223-3500 |
| (248) 223-9500 | **Counsel for Defendant** |
| **Attorneys for Plaintiff** | |
| | Carla C. Calcagno |
| | Rothwell, Figg, Ernst & Manbeck |
| | 1425 K Street, N.W., Suite 800 |
| | Washington, DC 20005 |
| | (202) 783-6040 |
| | **Co-Counsel for Defendant** |

## ORDER STAYING PROCEEDINGS

    At a session of said Court held in the
City of Detroit, Wayne County, State of Michigan,
on September 14, 2005

    PRESENT: HON. GEORGE CARAM STEEH
                U.S. DISTRICT JUDGE

    The matter having come before the Court upon the Fourth Motion of Defendant

Incos, S.p.A. to stay proceedings pending finalization of settlement agreement; the Court

having considered the Motion and otherwise being informed of the premises:

IT IS HEREBY ORDERED that this action be, and hereby is, stayed for 30 days pending the finalization of the settlement agreement between the parties.

IT IS HEREBY FURTHER ORDERED that this will be the last stay given without the parties appearing before the court.

                                                  s/George Caram Steeh
                                                  GEORGE CARAM STEEH
                                                  UNITED STATES DISTRICT JUDGE

Dated: September 14, 2005

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on September 14, 2005, by electronic and/or ordinary mail.

                                                  s/Josephine Chaffee
                                                  Secretary/Deputy Clerk