UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INCOE CORPORATION,,

        Plaintiff(s),

vs.

        Case No. 04-70822

        HON. GEORGE CARAM STEEH

INCOS S.P.A.,

        Defendant(s).
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On September 12, 2005 the court entered an Order Staying Proceedings pending finalization of settlement agreement for 30 days. There being no further communication with the court to the contrary;

This case hereby is DISMISSED WITHOUT PREJUDICE. This case may be reopened, if necessary, by motion of either party without the payment of additional fees or costs.

SO ORDERED.

        s/George Caram Steeh
        GEORGE CARAM STEEH
        UNITED STATES DISTRICT JUDGE

Dated: December 7, 2005

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on December 7, 2005, by electronic and/or ordinary mail.

        s/Marcia Beauchemin
        Case Manager/Deputy Clerk